**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 143 WAL 2022
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
SHAWN A. HOBEL, :
:
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 144 WAL 2022
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
SHAWN AARON HOBEL, :
:
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 145 WAL 2022
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
SHAWN AARON HOBEL, :
:
Petitioner :

COMMONWEALTH OF PENNSYLVANIA,　　:　No. 146 WAL 2022
　　　　　　　　　　　　　　　　　　:
　　　　　Respondent　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:　Petition for Allowance of Appeal
　　　　　　　　　　　　　　　　　　:　from the Order of the Superior Court
　　　　　v.　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
SHAWN AARON HOBEL,　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　Petitioner　　　　　　　　:

## ORDER

**PER CURIAM**

　　　　**AND NOW**, this 18th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.